IN THE UNITED STATES DISTRICT COURT

FOR ALASKA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF YAUNA MARIE TAYLOR | Case No. 4:21-mj-00040-SAO |
| | **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR AN ARREST WARRANT

I, Derik M. Stone, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

**Introduction and Agent Background**

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice, assigned to the Anchorage Division, Fairbanks Resident Agency. I have been employed by the FBI since September 2002 and am currently assigned to investigate criminal matters within the jurisdiction of the FBI. In this assignment, I have investigated a number of violations of Title 18, United States Code (U.S.C), including, but not limited to, mail fraud, wire fraud, murder for hire, possession and distribution of child pornography, financial institution fraud, fraud against the government, bank robbery, false statements, healthcare fraud, and various drug crimes (Title 21).

**Applicable Law**

2. This affidavit is submitted to support a criminal complaint and arrest warrant for Yauna Marie TAYLOR (DOB 01/24/1982) for the distribution of heroin and conspiracy to distribute heroin in violation of Title 21 U.S.C. §§ 841(a)(1) and 846.

**Probable Cause**

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. During the fall 2017, the Statewide Drug Enforcement Unit (SDEU) identified a drug trafficking organization (DTO) that operated within the state of Alaska and abroad. Over the last three years, SDEU have identified approximately 20 members that have trafficked money and narcotics within this DTO. One of these individuals is Yauna TAYLOR.

5. For background, TAYLOR was the girlfriend of the late Charles BAPTISTE who was shot and killed during an attempted drug robbery. SDEU had previously identified BAPTISTE as a possible source of supply (SOS) for the DTO. This home invasion happened at the residence of Wayne DANIELS where TAYLOR and BAPTISTE also resided.

6. On 03/03/2021 law enforcement personnel from the High Intensity Drug Trafficking Area Task Force (HIDTA) conducted a controlled buy from DANIELS at his residence. During that operation, HIDTA observed Erin BARTLETT at DANIELS' residence asleep on the couch. DANIELS informed the confidential human source utilized in the operation that BARTLETT drives TAYLOR to meet a new SOS on the Parks Highway when TAYLOR needs to resupply her narcotic inventory. DANIELS added that they do this to avoid detection by law enforcement because BARTLETT's car is "clean."

7. On 3/12/21, HIDTA personnel applied for and were granted a Ping warrant to monitor TAYLOR's location, via global positioning satellite (GPS).

2

8. On 4/1/21 HIDTA personnel observed TAYLOR's GPS data in the vicinity of Healy, AK. HIDTA personnel traveled south on the Parks Highway in attempt to intercept TAYLOR. An Alaska State Trooper observed BARTLETT's Black 2008 Mercury Morano (bearing Alaska license plate LEF235) southbound at mile marker 247; he confirmed that there were two females occupying the vehicle.

9. Later that evening, Alaska State Troopers conducted a traffic stop on the vehicle as it was traveling north on the Parks Highway at mile marker 345. The two females in the vehicle were identified as TAYLOR and BARTLETT. TAYLOR was found to be in possession of approximately 27 ounces of suspected heroin.

10. BARTLETT advised HIDTA personnel that she was driving TAYLOR to meet up with someone to pick up heroin. BARTLETT added that she did not know who the male was but that he was African American that drove a silver sport utility vehicle. BARTLETT stated that the male pulled into a pull-out on the highway and TAYLOR exited the car and got inside his vehicle. TAYLOR was in the male's vehicle for only a short while and then returned to BARTLETT's vehicle. According to BARTLETT, TAYLOR then put a bag of heroin in another bag containing hair products. BARTLETT told HIDTA personnel that she has made this trip with TAYLOR at least four times in the past.

//
//
//
//
//
//

3

11. Based on the foregoing, I have probable cause to believe that Yauna TAYLOR did knowingly possess, with intent to distribute, heroin. I believe the facts described herein support the arrest of TAYLOR for violation of Title 21 U.S.C. §§ 841(a)(1) and 846.

Respectfully submitted,

Derik Stone
Special Agent
Federal Bureau of Investigation

~~Subscribed and~~ sworn to before me on this 12th day of April 2021.

Scott A. Oravec
United States Magistrate Judge
United States District Court
District of Alaska

4