RECEIVED APR 14 2021 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

RECEIVED APR 12 2021 United States Marshals Service District of Alaska

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| UNITED STATES OF AMERICA | ) |
|---|---|
| vs. | ) Case Number: 4:21-MJ-00040-SAO |
| YAUNA MARIE TAYLOR | ) |
| Defendant | ) |

USMS - D/ALASKA - WARRANTS
FID # 9628420
WARRANT # 2106-0412-0590-Z
Entered NCIC No
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

~~LAW ENFORCEMENT SENSITIVE~~
**ARREST WARRANT**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Yauna Marie Taylor,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21: 841(a)(1) and 846 Distribution of Heroin and Conspiracy to Distribute

Date: 4/12/21

By Lisa M. Hawk, Deputy Clerk
*Issuing officer's signature*

City and state: Fairbanks, Alaska

Brian D. Karth, Clerk of Court
*Printed name and title*

## Return

This warrant was received on *(date)* 04-12-2021, and the person was arrested on *(date)* 04-11-2021 PC
at *(city and state)* FAIRBANKS, AK.

Date: SUBJECT ALREADY IN FEDERAL CUSTODY
*Arresting officer's signature*

*Printed name and title*