Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for Defendant Yauna Marie Taylor

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>  vs.<br><br>YAUNA MARIE TAYLOR,<br><br>                   Defendant. | Case No. 4:21-mj-00040-SAO<br><br>**UNOPPOSED MOTION FOR BAIL REVIEW HEARING** |

Defendant Yauna Marie Taylor, through counsel, Gary G. Colbath, Assistant Federal Defender, moves this Court to set a bail review hearing in this matter **for Monday April 26 or Tuesday April 27, 2021.**

At the hearing, Ms. Taylor will submit a plan that includes a bed to bed transfer to inpatient treatment at the Restore Inc. program in Fairbanks. If released she will remain there on whatever level of restriction the Court deems appropriate and agree to be subject to GPS electronic monitoring as well. In coordination with U.S. Probation, an assessment and application to Restore Inc. will be completed and bed space at a facility is expected to be available at the time of any hearing or within days of the same.

Ms. Taylor has no current state charges that might affect her release.  During release, Ms. Taylor would agree to remain at the treatment program on restriction, leaving only with pre-authorization from pretrial services and be restricted by electronic monitoring.  She would agree to virtual appearances for court hearings as necessary.  Finally, she will fully participate in treatment and follow all rules and recommendations of the program while there.

The government does NOT oppose the scheduling of a bail review hearing.

## Conclusion

For all the reasons set forth herein above, the Court should order Defendant's release as proposed under the supervision of Pretrial Services upon strictly fashioned terms and conditions.  Defendant seeks her release to a treatment program, GPS monitoring, drug testing and active supervision.  This will allow her to obtain much needed drug treatment, better avoid further exposure to COVID-19, and provide increased access to counsel.

DATED this 20th day of April, 2021.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on April 20, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*