# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>YAUNA MARIE TAYLOR,<br><br>　　　　　　　Defendant. | Case No.  4:21-mj-00040-SAO<br><br>***Proposed*** ORDER |

After due consideration of defendant's Unopposed Motion for Bail Review Hearing, the court GRANTS the motion.

IT IS ORDERED that this motion will be considered at a continued Detention Hearing on April \_\_\_\_, 2021, at _____ a.m./p.m.

DATED this \_\_ day of April, 2021, in Fairbanks, Alaska.

_____
Scott A. Oravec, Magistrate Judge
UNITED STATES DISTRICT COURT