# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS.   YUANA MARIE TAYLOR

CASE NO:   4:21-mj-00040-SAO

Defendant   YUANA MARIE TAYLOR ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

☐ Released to _____, the third-party custodian(s).

☐ Paid cash bail in the amount of $ _____

☐ Posted unsecured bond in the amount of $ _____

☐ Posted bond secured by  ☐ property or  ☐ Surety in the amount of $ _____
with the Clerk of Court

☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

☒ Other  STAFF OF RESTORE, INC.  not earlier than 10:00AM, but not later than 2PM on April 28, 2021

DATED at **Fairbanks**, Alaska, this **27th** day of **April, 2021**.

*/s/ Scott A. Oravec*
Scott A. Oravec
United States Magistrate Judge

Original & 1 cy to U.S. Marshal